# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL STEMPLE,<br><br>                Plaintiff,<br><br>   v.<br><br>QC HOLDINGS, INC.,<br><br>                Defendant. | Case No. 12-cv-01997-BAS(WVG)<br><br>**ORDER** |

On October 2, 2015, the parties notified the Court that this action has settled on a class basis. (ECF No. 99.) The parties request that all pending dates be vacated and that a filing deadline for Plaintiff's motion for preliminary approval of the class action settlement be set no earlier than sixty (60) days. (*Id.*) Given the foregoing, the Court hereby **VACATES** all deadlines in the Scheduling Order (ECF No. 79) and **ORDERS** Plaintiff to file his motion for preliminary approval of the class action settlement no later than December 18, 2015.

     **IT IS SO ORDERED.**

DATED: October 20, 2015

Hon. Cynthia Bashant
United States District Judge