EXHIBIT F

# 9th Circuit Cases

### *Adams v. AllianceOne Receivables Management, Inc.*
### Case No. 3:08-cv-00248
### (S.D. California)

#### Settlement Details

| **Item** | **Amount** |
|---|---|
| **Fund Information** | |
| Total Fund | $ 7,792,041 |
| *(This is the amount claimants received plus administrative costs, and fees. The total amount defendant made available to the class was $9,000,000.)* | |
| Administrative Costs | $ 2,549,121 |
| Cy Pres Award | $ 0 |
| Fund Less Admin & Cy Pres | $ 5,242,920 |
| Fee Award | $ 2,700,000 |
| Fee Award as Percentage of Fund Less Admin & Cy Pres | 51.5% |
| Fee Award as Percentage of Total Amount Available | 30% |
| | |
| **Lodestar Information** | |
| Lodestar Total | $ 708,660 |
| Lodestar Hours | 1,332 |
| Lodestar Hourly Rate | $ 532 |
| Lodestar Multiplier | 3.81 |
| | |
| **Class Information** | |
| Class Members | 5,627,963 |
| Claimants | 63,573 |
| Claim Rate | 1.1% |
| Estimated Recovery Per Claimant | $ 40 |
| Actual Recovery Per Claimant | $ 40 |

**Exhibit F 002**

***Agne v. Papa John's International, et al.***
**Case No. 2:10-cv-01139**
**(W.D. Washington)**

**Settlement Details**

| Item | Amount |
|---|---|
| **Fund Information** | |
| Total Fund | $ 2,867,350 |
| *(This amount is the total amount paid to the class in cash plus administrative expenses and attorneys' fees. The total amount defendant made available to the class was $16,585,000.)* | |
| Administrative Costs | $ 250,000 |
| Cy Pres Award | $ 0 |
| Fund Less Admin & Cy Pres | $ 2,617,350 |
| Fee Award | $ 2,450,000 |
| Fee Award as Percentage of Fund Less Admin & Cy Pres | 93.6% |
| Fee Award as Percentage of Total Amount Available | 15% |
| | |
| **Lodestar Information** | |
| Lodestar Total | $ 3,001,094 |
| Lodestar Hours | 5,142.5 |
| Lodestar Hourly Rate | $ 584 |
| Lodestar Multiplier | 0.82 |
| | |
| **Class Information** | |
| Class Members | Not Publicly Available |
| Claimants | 3,347 |
| Claim Rate | Not Publicly Available |
| Estimated Recovery Per Claimant | Not Publicly Available |
| Actual Recovery Per Claimant | $ 50 Cash Plus $13 Merchandise |

**Exhibit F 003**

### *Arthur, et al. v. Sallie Mae, Inc.*
### Case No. 2:10-cv-00198
### (W.D. Washington)
#### Settlement Details

| Item | Amount |
|---|---:|
| **Fund Information** | |
| Total Fund | $ 24,150,000 |
| Administrative Costs | $ 6,692,637 |
| Cy Pres Award | $ 980,396 |
| Fund Less Admin & Cy Pres | $ 16,476,967 |
| Fee Award | $ 4,830,000 |
| Fee Award as Percentage of Fund Less Admin & Cy Pres | 29.3% |
| Fee Award as Percentage of Total Fund | 20% |
| | |
| **Lodestar Information** | |
| Lodestar Total | $ 1,729,885 |
| Lodestar Hours | 3,963 |
| Lodestar Hourly Rate | $ 436.51 |
| Lodestar Multiplier | 2.79 |
| | |
| **Class Information** | |
| Class Members | 7,792,256 |
| Claimants | 171,263 |
| *(This figure includes approximately 53,400 claimants who had their accounts charged off and were not eligible to receive a cash or reduction award.)* | |
| Claim Rate | 2.2% |
| Estimated Recovery Per Claimant | $ 20-$ 40 |
| Actual Recovery Per Claimant | $ 118 |

**Exhibit F 004**

### *Bellows v. NCO Financial Systems, Inc.*
### Case No. 3:07-cv-01413
### (S.D. California)
#### Settlement Details

| Item | Amount |
|---|---|
| **Fund Information** | |
| Total Fund | $ 499,254 |
| *(This includes the amount paid to claimants, the cy pres award, and the attorneys' fee award. The total fund that defendants made available was $950,000.)* | |
| Administrative Costs | Not Publicly Available |
| Cy Pres Award | $ 197,970 |
| Fund Less Cy Pres | $ 301,283 |
| *(Admin costs not publicly available.)* | |
| Fee Award | $ 299,254 |
| Fee Award as Percentage of Fund Less Cy Pres | 99.3% |
| Fee Award as Percentage of Total Amount Available | 31.5% |
| | |
| **Lodestar Information** | |
| Lodestar Total | $ 166,898 |
| Lodestar Hours | 430.35 |
| Lodestar Hourly Rate | $ 388 |
| Lodestar Multiplier | 1.79 |
| | |
| **Class Information** | |
| Class Members | Not Publicly Available |
| Claimants | 29 |
| Claim Rate | Not Publicly Available |
| Estimated Recovery Per Claimant | $ 70 |
| Actual Recovery Per Claimant | $ 70 |

**Exhibit F 005**

### *Chesbro v. Best Buys Stores, L.P.*
### Case No. 2:10-cv-00774
### (W.D. Washington)
### Settlement Details

| Item | Amount |
|---|---|
| **Fund Information** | |
| Total Fund | $ 4,550,000 |
| Administrative Costs | $ 195,000 |
| Cy Pres Award | $ 0 |
| Fund Less Admin & Cy Pres | $ 4,355,000 |
| Fee Award | $ 1,137,500 |
| Fee Award as Percentage of Fund Less Admin & Cy Pres | 26.1% |
| Fee Award as Percentage of Total Fund | 25% |
| | |
| **Lodestar Information** | |
| Lodestar Total | $ 826,360 |
| Lodestar Hours | 1,568 |
| Lodestar Hourly Rate | $ 570 |
| Lodestar Multiplier | 1.38 |
| | |
| **Class Information** | |
| Class Members | 463,050 |
| Claimants | 5,404 |
| Claim Rate | 1.1% |
| Estimated Recovery Per Claimant | $ 100 |
| Actual Recovery Per Claimant | $ 270 |

**Exhibit F 006**

### *Clark v. Payless ShoeSource, Inc.*
### Case No. 2:09-cv-00915
### (W.D. Washington)
#### Settlement Details

| **Item** | **Amount** |
|---|---|
| **Fund Information** | |
| Total Fund | Not Available |
| *(The parties reported the total value of the settlement to be $3,809,988, which included 319,055 merchandise certificates with a face value of $10, attorneys' fees, and administrative costs.)* | |
| Administrative Costs | $ 317,604 |
| Cy Pres Award | $ 0 |
| Fund Less Admin & Cy Pres | Not Available |
| Fee Award | $ 301,834 |
| Fee Award as Percentage of Fund Less Admin & Cy Pres | Not Available |
| Fee Award as Percentage of Total Fund | 7.9% |
| **Lodestar Information** | |
| Lodestar Total | $ 241,468 |
| Lodestar Hours | 500.4 |
| Lodestar Hourly Rate | $ 483 |
| Lodestar Multiplier | 1.25 |
| **Class Information** | |
| Class Members | 319,055 |
| Claimants | 319,055 |
| Claim Rate | 100% |
| Estimated Recovery Per Claimant | $ 10 Merchandise Certificate |
| Actual Recovery Per Claimant | $ 10 Merchandise Certificate |

**Exhibit F 007**

### Cubbage v. The Talbots, Inc. et al.
### Case No. 2:09-cv-00911
### (W.D. Washington)

#### Settlement Details

| **Item** | **Amount** |
|---|---|
| **Fund Information** | |
| Total Fund | Not Available |
| *(The parties reported the total value of the settlement to be $492,360, which included cash awards, merchandise certificates, attorneys' fees, and administrative expenses. The total amount the defendants made available was $1,570,000.)* | |
| Administrative Costs | $ 40,000 |
| Cy Pres Award | $ 0 |
| Fund Less Admin & Cy Pres | Not Available |
| Fee Award | $ 400,000 |
| Fee Award as Percentage of Fund Less Admin & Cy Pres | Not Available |
| Fee Award as Percentage of Total Amount Available | 25.5% |
| | |
| **Lodestar Information** | |
| Lodestar Total | $482,366 |
| Lodestar Hours | 704.5 |
| Lodestar Hourly Rate | $ 685 |
| Lodestar Multiplier | 0.83 |
| | |
| **Class Information** | |
| Class Members | 19,654 |
| Claimants | 936 |
| Claim Rate | 4.8% |
| Estimated Recovery Per Claimant | $ 40 Cash or $ 80 Merchandise Certificate |
| Actual Recovery Per Claimant | $ 40 Cash or $ 80 Merchandise Certificate |
| *(561 claims at $40, 367 claims at $80, and 14 where information is not publicly available.)* | |

**Exhibit F 008**

***Ellison v. Steve Madden, Ltd.***
## Case No. 2:11-cv-05935
## (C.D. California)
### Settlement Details

| <u>Item</u> | <u>Amount</u> |
|---|---|
| **Fund Information** | |
| Total Fund | $ 4,709,450 |
| *(This includes the amount paid to claimants, administrative costs, and the attorneys' fee award. The total fund that defendants made available was $10,000,000.)* | |
| Administrative Costs | $ 459,450 |
| Cy Pres Award | $ 0 |
| Fund Less Admin & Cy Pres | $ 4,250,000 |
| Fee Award | $ 1,250,000 |
| Fee Award as Percentage of Fund Less Admin & Cy Pres | 29.4% |
| Fee Award as Percentage of Total Amount Available | 12.5% |
| | |
| **Lodestar Information** | |
| Lodestar Total | $ 739,403 |
| Lodestar Hours | 1,851.2 |
| Lodestar Hourly Rate | $ 399 |
| Lodestar Multiplier | 1.7 |
| | |
| **Class Information** | |
| Class Members | 203,254 |
| Claimants | 20,000 |
| Claim Rate | 10% |
| Estimated Recovery Per Claimant | $ 150 |
| Actual Recovery Per Claimant | $ 150 |

**Exhibit F 009**

### *Grannan v. Alliant Law Group, P.C.*
### Case No. 5:10-cv-02803
### (N.D. California)
#### Settlement Details

| **Item** | **Amount** |
|---|---|
| **Fund Information** | |
| Total Fund | $ 1,000,000 |
| Administrative Costs | $ 121,840 |
| Cy Pres Award | $ 54,143 |
| Fund Less Admin & Cy Pres | $ 824,017 |
| Fee Award | $ 250,000 |
| Fee Award as Percentage of Fund Less Admin & Cy Pres | 30.3% |
| Fee Award as Percentage of Total Fund | 25% |
| | |
| **Lodestar Information** | |
| Lodestar Total | $ 169,528 |
| Lodestar Hours | 265.4 |
| Lodestar Hourly Rate | $ 639 |
| Lodestar Multiplier | 1.47 |
| | |
| **Class Information** | |
| Class Members | 137,981 |
| Claimants | 1,986 |
| Claim Rate | 1.4% |
| Estimated Recovery Per Claimant | $ 300-$ 325 |
| Actual Recovery Per Claimant | $ 306 |

**Exhibit F 010**

*Gutierrez, et al. v. Barclays Group, et al.*
**Case No. 3:10-cv-01012**
**(S.D. California)**
**Settlement Details**

| Item | Amount |
|---|---|
| **Fund Information** | |
| Total Fund | $ 8,184,875 |
| Administrative Costs | $ 67,000 |
| Cy Pres Award | $ 0 |
| Fund Less Admin & Cy Pres | $ 8,117,875 |
| Fee Award | $ 1,574,000 |
| Fee Award as Percentage of Fund Less Admin & Cy Pres | 19.4% |
| Fee Award as Percentage of Total Fund | 19.2% |
| | |
| **Lodestar Information** | |
| Lodestar Total | $ 340,428 |
| Lodestar Hours | 803.75 |
| Lodestar Hourly Rate | $ 424 |
| Lodestar Multiplier | 4.64 |
| | |
| **Class Information** | |
| Class Members | 65,479 |
| Claimants | 65,479 |
| Claim Rate | 100% |
| Estimated Recovery Per Claimant | $ 100 |
| Actual Recovery Per Claimant | $ 100 |

**Exhibit F 011**

### *Hovila v. Tween Brands, Inc.*
### Case No. 2:09-cv-00491
### (W.D. Washington)

#### Settlement Details

| Item | Amount |
|---|---|
| **Fund Information** | |
| Total Fund | Not Available |
| *(The total amount paid to the class cannot be determined based on publicly available information. The total potential recovery for the class was $4,500,000.)* | |
| Administrative Costs | $ 142,597 |
| Cy Pres Award | $ 0 |
| Fund Less Admin & Cy Pres | Not Available |
| Fee Award | $ 750,000 |
| Fee Award as Percentage of Fund Less Admin & Cy Pres | Not Available |
| Fee Award as Percentage of Total Amount Available | 16.7% |
| | |
| **Lodestar Information** | |
| Lodestar Total | $ 459,724 |
| Lodestar Hours | 618.25 |
| Lodestar Hourly Rate | $ 744 |
| Lodestar Multiplier | 1.63 |
| | |
| **Class Information** | |
| Class Members | 100,000 |
| Claimants *(As of final approval.)* | 2,690 |
| Claim Rate | 2.7% |
| Estimated Recovery Per Claimant | $ 20 Cash or $ 45 Merchandise Certificate |
| Actual Recovery Per Claimant | $ 20 Cash or $ 45 Merchandise Certificate |

**Exhibit F 012**

*In re Jiffy Lube International, Inc. Text Spam Litig.*
## Case No. 3:11-MD-02261
### (S.D. California)
**Settlement Details**

| Item | Amount |
|---|---|
| **Fund Information** | |
| Total Fund | Not Publicly Available |
| *(The total value of the certificates defendant issued was $39,883,585.)* | |
| Administrative Costs | Not Publicly Available |
| Cy Pres Award | $ 0 |
| Fund Less Admin & Cy Pres | Not Publicly Available |
| Fee Award | $ 4,750,000 |
| Fee Award as Percentage of Fund Less Admin & Cy Pres | Not Publicly Available |
| Fee Award as Percentage of Total Value of Certificates | 11.9% |
| | |
| **Lodestar Information** | |
| Lodestar Total | $ 1,325,490 |
| Lodestar Hours | 2,292.67 |
| Lodestar Hourly Rate | $ 578 |
| Lodestar Multiplier | 3.58 |
| | |
| **Class Information** | |
| Class Members | 2,342,239 |
| Claimants | Not Publicly Available |
| Claim Rate | Not Publicly Available |
| Estimated Recovery Per Claimant | $ 15 |
| *(Each class member received on certificate worth $15 cash and $20 in goods and services.)* | |
| Actual Recovery Per Claimant | Not Publicly Available |

**Exhibit F 013**

## *Kazemi v. Payless ShoeSource, Inc. et al.*
## Case No. 3:09-cv-05142
## (N.D. California)
### Settlement Details

| **Item** | **Amount** |
|---|---|
| **Fund Information** | |
| Total Fund | Not Publicly Available |
| *(The defendant made $10,000,000 in cash and/or certificates available to the class. There is no publicly available information regarding the amount the class actually received.)* | |
| Administrative Costs | Not Publicly Available |
| Cy Pres Award | Not Publicly Available |
| Fund Less Admin & Cy Pres | Not Publicly Available |
| Fee Award | $ 1,250,000 |
| Fee Award as Percentage of Fund Less Admin & Cy Pres | Not Publicly Available |
| Fee Award as Percentage of Total Amount Available | 12.5% |
| | |
| **Lodestar Information** | |
| Lodestar Total | $ 1,036,729 |
| Lodestar Hours | 1,784.48 |
| Lodestar Hourly Rate | $ 581 |
| Lodestar Multiplier | 1.21 |
| | |
| **Class Information** | |
| Class Members | 8,500,00 |
| Claimants | 22,500 |
| Claim Rate | 1.2% |
| Estimated Recovery Per Claimant | $ 25 Merchandise Certificate |
| Actual Recovery Per Claimant | $ 25 Merchandise Certificate |

**Exhibit F 014**

*Kramer v. Autobytel, Inc., et al.*
**Case No. 4:10-cv-02722**
**(N.D. California)**
**Settlement Details**

| Item | Amount |
|---|---:|
| **Fund Information** | |
| Total Fund | $ 12,200,000 |
| Administrative Costs | $ 1,246,933 |
| Cy Pres Award | Not Publicly Available |
| Fund Less Admin<br>*(Cy pres award not publicly available.)* | $ 10,953,067 |
| Fee Award | $ 3,050,000 |
| Fee Award as Percentage of Fund Less Admin<br>*(Cy pres award not publicly available.)* | 27.8% |
| Fee Award as Percentage of Total Fund | 25% |
| | |
| **Lodestar Information** | |
| Lodestar Total | $ 1,129,629 |
| Lodestar Hours | 2,741.7 |
| Lodestar Hourly Rate | $ 412 |
| Lodestar Multiplier | 2.7 |
| | |
| **Class Information** | |
| Class Members | 47,000,000 |
| Claimants | Not Publicly Available |
| Claim Rate | Not Publicly Available |
| Estimated Recovery Per Claimant | $ 100 |
| Actual Recovery Per Claimant | Not Publicly Available |

**Exhibit F 015**

### *Kwan v. Clearwire Corp.*
### Case No. 2:09-cv-01392
### (W.D. Washington)
#### Settlement Details

| Item | Amount |
|---|---|
| **Fund Information** | |
| Total Fund | $ 6,300,000 |
| *(In addition to a cash payment of $6,300,000, defendant provided $23,000,000 in class member debt relief.)* | |
| Administrative Costs | $ 421,777 |
| Cy Pres Award | $ 0 |
| Fund Less Admin & Cy Pres | $ 5,878,223 |
| Fee Award | $ 2,900,000 |
| Fee Award as Percentage of Fund Less Admin & Cy Pres | 49.3% |
| Fee Award as Percentage of Total Fund | 46% |
| | |
| **Lodestar Information** | |
| Lodestar Total | $ 988,413 |
| Lodestar Hours | 1,759.81 |
| Lodestar Hourly Rate | $ 562 |
| Lodestar Multiplier | 2.93 |
| | |
| **Class Information** | |
| Class Members | 1,800,000 |
| Claimants | 11,686 |
| Claim Rate | 0.65% |
| Estimated Recovery Per Claimant | Not Publicly Available |
| Actual Recovery Per Claimant | $ 53 per call in cash and/or debt relief |
| *(This amount was capped at $653 per claimant in cash and/or debt relief.)* | |

**Exhibit F 016**

**Lemieux v. Global Credit & Collection Corp.**
## Case No. 3:08-cv-01012
### (S.D. California)
### Settlement Details

| Item | Amount |
|------|--------|
| **Fund Information** | |
| Total Fund | $ 343,884 |
| *(This includes total amount paid to claimants, cy pres award, and attorneys' fees. The amount the defendant made available was $505,000.)* | |
| Administrative Costs | Not Publicly Available |
| Cy Pres Award | $ 111,360 |
| Fund Less Cy Pres | $ 232,524 |
| *(Admin costs not publicly available.)* | |
| Fee Award | $ 193,884 |
| Fee Award as Percentage of Fund Less Admin & Cy Pres | 83.4% |
| *(Admin costs not publicly available.)* | |
| Fee Award as Percentage of Total Amount Available | 38.4% |
| | |
| **Lodestar Information** | |
| Lodestar Total | $ 132,797 |
| Lodestar Hours | 315.5 |
| Lodestar Hourly Rate | $ 421 |
| Lodestar Multiplier | 4.46 |
| | |
| **Class Information** | |
| Class Members | 27,844 |
| Claimants | 552 |
| Claim Rate | 1.98% |
| Estimated Recovery Per Claimant | $ 70 |
| Actual Recovery Per Claimant | $ 70 |

**Exhibit F 017**

*Lo v. Oxnard European Motors, LLC et al.*
**Case No. 3:11-cv-01009**
**(S.D. California)**
**Settlement Details**

| Item | Amount |
|---|---|
| **Fund Information** | |
| Total Fund | $ 49,100 |
| Administrative Costs | $ 4,500 |
| Cy Pres Award | $ 0 |
| Fund Less Admin & Cy Pres | $ 44,600 |
| Fee Award | $ 12,275 |
| Fee Award as Percentage of Fund Less Admin & Cy Pres | 27.5% |
| Fee Award as Percentage of Total Fund | 25% |
| | |
| **Lodestar Information** | |
| Lodestar Total | $ 72,228 |
| Lodestar Hours | 142 |
| Lodestar Hourly Rate | $ 509 |
| Lodestar Multiplier | 0.17 |
| | |
| **Class Information** | |
| Class Members | 203 |
| Claimants | 22 |
| Claim Rate | 10.8% |
| Estimated Recovery Per Claimant | Not Publicly Available |
| Actual Recovery Per Claimant | $ 1,331.23 |

**Exhibit F 018**

### *Malta v. Freddie Mac & Wells Fargo Home Mortgage*
### Case No. 3:10-cv-01290
### (S.D. California)
#### Settlement Details

| Item | Amount |
|---|---:|
| **Fund Information** | |
| Total Fund | $ 17,078,324 |
| *(This includes the amount paid to claimants, admin costs, and the fee award. The total fund that defendant made available was $17,100,000.00.)* | |
| Administrative Costs | $ 2,997,291 |
| Cy Pres Award | $ 0 |
| Fund Less Admin & Cy Pres | $ 14,081,033 |
| Fee Award | $ 3,847,500 |
| Fee Award as Percentage of Fund Less Admin & Cy Pres | 27.3% |
| Fee Award as Percentage of Total Amount Available | 22.5% |
| | |
| **Lodestar Information** | |
| Lodestar Total | $ 746,061 |
| Lodestar Hours | 1,352.28 |
| Lodestar Hourly Rate | $ 552 |
| Lodestar Multiplier | 5.16 |
| | |
| **Class Information** | |
| Class Members | 4,337,960 |
| Claimants | 120,650 |
| Claim Rate | 2.78% |
| Estimated Recovery Per Claimant | Not Publicly Available |
| Actual Recovery Per Claimant | $ 85 |

**Exhibit F 019**

*Meilleur v. AT&T Corp.*
# Case No. 2:11-cv-01025
## (W.D. Washington)
### Settlement Details

| Item | Amount |
|------|--------|
| **Fund Information** | |
| Total Fund | $ 973,905 |
| *(This includes the amount paid to claimants, administrative costs, and the attorneys' fee award.)* | |
| Administrative Costs | $ 75,000 |
| Cy Pres Award | $ 0 |
| Fund Less Admin & Cy Pres | $ 898,905 |
| Fee Award | $ 750,000 |
| Fee Award as Percentage of Fund Less Admin & Cy Pres | 83.4% |
| Fee Award as Percentage of Total Fund | 77% |
| | |
| **Lodestar Information** | |
| Lodestar Total | $ 388,711 |
| Lodestar Hours | 685 |
| Lodestar Hourly Rate | $ 495 |
| Lodestar Multiplier | 2.2 |
| | |
| **Class Information** | |
| Class Members | 15,386 |
| Claimants | 1,088 |
| Claim Rate | 7.07% |
| Estimated Recovery Per Claimant | $ 270/$ 135 |
| Actual Recovery Per Claimant | $ 270/$ 135 |

**Exhibit F 020**

## *Palmer v. Sprint Solutions, Inc.*
## Case No. 2:09-cv-01211
## (W.D. Washington)

### Settlement Details

| Item | Amount |
|------|--------|
| **Fund Information** | |
| Total Fund | $ 5,500,000 |
| Administrative Costs | $ 1,012,825 |
| Cy Pres Award | $ 0 |
| Fund Less Admin & Cy Pres | $ 4,487,175 |
| Fee Award | $ 1,540,000 |
| Fee Award as Percentage of Fund Less Admin & Cy Pres | 34.3% |
| Fee Award as Percentage of Total Fund | 28% |
| | |
| **Lodestar Information** | |
| Lodestar Total | $ 621,000 |
| Lodestar Hours | 1,185 |
| Lodestar Hourly Rate | $ 524 |
| Lodestar Multiplier | 2.48 |
| | |
| **Class Information** | |
| Class Members | Not Publicly Available |
| Claimants | Not Publicly Available |
| *(There were 37,676 claimants as of the date of the motion for final approval.)* | |
| Claim Rate | Not Publicly Available |
| Estimated Recovery Per Claimant | Not Publicly Available |
| Actual Recovery Per Claimant | Not Publicly Available |

**Exhibit F 021**

*Pimental v. Google, Inc.*
## Case No. 4:11-cv-02585
### (N.D. California)
### Settlement Details

| __Item__ | __Amount__ |
|---|---:|
| **Fund Information** | |
| Total Fund | $ 6,000,000 |
| Administrative Costs | Not Publicly Available |
| Cy Pres Award | $ 950,000-$ 1,450,000 |
| *(Final cy pres award not publicly available.)* | |
| Fund Less Admin & Cy Pres | Not Publicly Available |
| Fee Award | $ 1,500,000 |
| Fee Award as Percentage of Fund Less Admin & Cy Pres | Not Publicly Available |
| Fee Award as Percentage of Total Fund | 25% |
| | |
| **Lodestar Information** | |
| Lodestar Total | $ 820,612 |
| Lodestar Hours | 1,805.1 |
| Lodestar Hourly Rate | $ 454.61 |
| Lodestar Multiplier | 1.83 |
| | |
| **Class Information** | |
| Class Members | 185,688 |
| Claimants | 5,598 |
| *(As of final approval.)* | |
| Claim Rate | 3% |
| *(As of final approval.)* | |
| Estimated Recovery Per Claimant | $ 500 |
| Actual Recovery Per Claimant | Not Publicly Available |

**Exhibit F 022**

**Robles v. Lucky Brand Dungarees, et al.**
## Case No. 3:10-cv-04846
### (N.D. California)
### Settlement Details

| **Item** | **Amount** |
|---|---|
| **Fund Information** | |
| Total Fund | $ 3,615,600 |
| *(Defendant made $9,900,000.00 available to the class. This figure is based on total number of claims made as of final approval plus attorneys' fees. The final total fund was likely larger given there were 90 days remaining in the claims period.)* | |
| Administrative Costs | Not Publicly Available |
| Cy Pres Award | $ 0 |
| Fund Less Admin & Cy Pres | Not Publicly Available |
| Fee Award | $ 2,400,000 |
| Fee Award as Percentage of Fund | 66.4% |
| Fee Award as Percentage of Total Amount Available | 24.2% |
| | |
| **Lodestar Information** | |
| Lodestar Total | $ 878,343 |
| Lodestar Hours | 1,803.3 |
| Lodestar Hourly Rate | $ 487 |
| Lodestar Multiplier | 2.73 |
| | |
| **Class Information** | |
| Class Members | 216,711 |
| Claimants | 12,156 |
| *(As of final approval.)* | |
| Claim Rate | 5.6% |
| *(As of final approval.)* | |
| Estimated Recovery Per Claimant | $ 100 |
| Actual Recovery Per Claimant | $ 100 |

**Exhibit F 023**

## Sarabi v. Weltman, Weinberg & Reis Co.
## Case No. 3:10-cv-01777
## (S.D. California)
### Settlement Details

| Item | Amount |
|------|--------|
| **Fund Information** | |
| Total Fund | $ 1,350,000 |
| *(This was not a common fund. This amount includes the amount paid to claimants, administrative costs, and the attorneys' fee award.)* | |
| Administrative Costs | $ 600,000 |
| Cy Pres Award | $ 0 |
| Fund Less Admin & Cy Pres | $ 750,000 |
| Fee Award | $ 225,000 |
| Fee Award as Percentage of Fund Less Admin & Cy Pres | 30% |
| Fee Award as Percentage of Total Fund | 16.6% |
| | |
| **Lodestar Information** | |
| Lodestar Total | $ 166,312 |
| Lodestar Hours | 324.9 |
| Lodestar Hourly Rate | $ 512 |
| Lodestar Multiplier | 1.35 |
| | |
| **Class Information** | |
| Class Members | 577,278 |
| Claimants | 10,475 |
| Claim Rate | 1.8% |
| Estimated Recovery Per Claimant | Not Publicly Available |
| Actual Recovery Per Claimant | $ 48 |

### *Satterfield v. Simon & Schuster*
### Case No. 4:06-cv-02893
### (N.D. California)
#### Settlement Details

| __Item__ | __Amount__ |
|---|---|
| **Fund Information** | |
| Total Fund | Not Publicly Available |
| *(The defendant made $10,000,000 available to the class. There is no publicly available information regarding the amount the class actually received.)* | |
| Administrative Costs | Not Publicly Available |
| Cy Pres Award | $ 250,000 |
| Fund Less Admin & Cy Pres | Not Publicly Available |
| Fee Award | $ 2,500,000 |
| Fee Award as Percentage of Fund Less Admin & Cy Pres | Not Publicly Available |
| Fee Award as Percentage of Total Amount Available | 25% |
| | |
| **Lodestar Information** | |
| Lodestar Total | $ 1,323,888.00 |
| Lodestar Hours | 2,639.9 |
| Lodestar Hourly Rate | $ 501.49 |
| Lodestar Multiplier | 1.89 |
| | |
| **Class Information** | |
| Class Members | 58,079 |
| Claimants | Not Publicly Available |
| Claim Rate | Not Publicly Available |
| Estimated Recovery Per Claimant | $ 175 |
| Actual Recovery Per Claimant | $ 175 |

**Exhibit F 025**

**Steinfeld, et al. v. Discover Financial Services, et al.**
## Case No. 3:12-cv-01118
### (N.D. California)
### Settlement Details

| <u>Item</u> | <u>Amount</u> |
|---|---|
| **Fund Information** | |
| Total Fund | $ 8,700,000 |
| Administrative Costs | $ 1,397,100 |
| Cy Pres Award | $ 0 |
| Fund Less Admin & Cy Pres | $ 7,302,900 |
| Fee Award | $ 2,175,000 |
| Fee Award as Percentage of Fund Less Admin & Cy Pres | 29.8% |
| Fee Award as Percentage of Total Fund | 25% |
| | |
| **Lodestar Information** | |
| Lodestar Total | $ 712,364 |
| Lodestar Hours | 1,348.4 |
| Lodestar Hourly Rate | $ 528.3 |
| Lodestar Multiplier | 3.05 |
| | |
| **Class Information** | |
| Class Members | 9,321,114 |
| Claimants | 109,154 |
| Claim Rate | 1.2% |
| Estimated Recovery Per Claimant | $ 20-$ 40 |
| Actual Recovery Per Claimant | $ 47 |

**Exhibit F 026**